IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ZYKERIA DAVIS,                                    *

          Petitioner,                        *

v.                                                  Case No.   5:25-cv-00538-TES-CHW

                                          *

JESSIE WILLIAMS,

                                          *

          Respondent.

                                          *

## J U D G M E N T

Pursuant to this Court's Order dated April 13, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

     This 13th day of April, 2026.

                                    David W. Bunt, Clerk

                                    s/ Erin Pettigrew, Deputy Clerk